# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRIAN WAYNE BOYER**                                                             **PLAINTIFF**

**v.**                      **Case No: 1:16-cv-00115 KGB**

**MARK COUNTS, Sheriff,**
**Sharp County Detention Center;** *et al.*                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 7). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Brian Wayne Boyer's claims against the Sharp County Detention Center are dismissed with prejudice.

Dated this this the 2nd day of December, 2016.

_____
Kristine G. Baker
United States District Judge