IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRIAN WAYNE BOYER**                                                                      **PLAINTIFF**

v.                              Case No: 1:16-cv-00115 KGB

**MARK COUNTS, Sheriff,**
**Sharp County Detention Center;** *et al.*                                         **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 23). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that plaintiff Brian Wayne Boyer's claims against the Doe defendants are dismissed without prejudice.

Dated this this the 30th day of August, 2017.

Kristine G. Baker
United States District Judge