# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRIAN WAYNE BOYER                                                                    PLAINTIFF

V.                           NO: 1:16CV00115 KGB/PSH

MARK COUNTS, *et al.*                                                             DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Plaintiff Brian Wayne Boyer filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on September 7, 2016 (Doc. No. 2). On July 17, 2017, mail sent to Boyer was returned as undeliverable, and the envelope was entered on the docket. *See* Doc. No. 24. On July 26, 2017, the Court entered a text order notifying Boyer that the mail could not be delivered to him because he was no longer at the address he provided. *See* Doc. No. 25. Boyer was directed to provide notice of his current mailing address by no later than thirty days from the entry of the July 26, 2017 text order. He was warned that his failure to provide a current mailing address would cause the undersigned to recommend his complaint be dismissed. A printed version of the text order was

sent to him at his last known address. The envelope containing the text order could not be delivered to Boyer because he was no longer at the address he provided, and the envelope was returned to the Clerk of the Court and entered on the docket. *See* Doc. No. 26.

More than 30 days have passed, and Boyer has not complied or otherwise responded to the July 26 order. Boyer also failed to notify the Clerk and the other parties to the proceedings of a change in his address as required by Local Rule 5.5(c)(2). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Boyer's complaint (Doc. No. 1) be DISMISSED WITHOUT PREJUDICE.

DATED this 31st day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE