**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRIAN WAYNE BOYER**                                                          **PLAINTIFF**

**v.**                                        **Case No. 1:16-cv-00115 KGB**

**MARK COUNTS, Sheriff,**
**Sharp County Detention Center;** *et al.*                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 28). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Brian Wayne Boyer's complaint (Dkt. No. 1).

Dated this this the 20th day of October, 2017.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge